**Marcus J. LEWIS, Appellant,**

v.

**T.C. OUTLAW, Warden, FCI–Forrest City, Appellee.**

**No. 10–1819.**

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 2, 2010.

Filed: Aug. 11, 2010.

Marcus J. Lewis, Forrest City, AR, pro se.

Clarence Daniel Stripling, U.S. Attorney's Office, Little Rock, AR, for Appellee.

Before BYE, BOWMAN, and COLLOTON, Circuit Judges.

PER CURIAM.

Federal inmate Marcus Lewis appeals the district court's[1] dismissal of his 28 U.S.C. § 2241 petition. After careful de novo review, *see Mitchell v. U.S. Parole Comm'n*, 538 F.3d 948, 951 (8th Cir.2008) (per curiam), we affirm the dismissal for the reasons stated by the district court. *See* 8th Cir. R. 47B.

---

1. The Honorable Beth Deere, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).